■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH WILSON, Appellant, v EDWARD REILLY, Respondent. [747 NYS2d 783]

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738; *People ex rel. Jones v Strak,* 255 AD2d 612). Feuerstein, J.P., Krausman, Luciano, Townes and Cozier, JJ., concur.